FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 15 AM 2: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL E. WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 04-3068 |
| CHARLES C. FOTI JR., ET AL | SECTION "I" (4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Michael E. Williams's Title 42 U.S.C. § 1983 complaint against the defendants, former Orleans Parish Criminal Sheriff Charles C. Foti, Jr., former Interim Sheriff William Hunter, Mayor Ray Nagin, former Mayor Marc Morial, and OPP Medical Administrator J. Hamm, be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b) and for failure to serve the defendants pursuant to Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this __14__ day of __March__, 2006.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

UNITED STATES DISTRICT JUDGE